UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BENJAMIN SCHADER,

               Plaintiff,

v.

GRACIELA MANTICOF and
OMAR MANTICOF,

               Defendants.
------------------------------------------------------------x

ORDER
18-CV-1786 (ILG)(RLM)

GLASSER, Senior United States District Judge:

Incident to a default judgment with respect to liability entered against the defendants, the damages suffered by the plaintiff for which the defendants are liable was referred to Chief Magistrate Judge Mann to hear and determine. DE 14. An evidentiary hearing was held on that issue on May 29, 2019.

A Report describing the evidence presented, to which a thorough review of the relevant law was applied to the facts as found by the Magistrate Judge, led to a determination that the economic and non-economic loss warranted a Judgment of $98,161.70 plus interest against the defendants, jointly and severally. DE 20. No objection was filed by the defendants to that determination and it is, therefore,

       SO ORDERED.

Dated:      Brooklyn, New York
              August 5, 2019          /s/_____
                                              I. Leo Glasser
                                              Senior United States District Judge